UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

K&F RESTARURANT
HOLDINGS, LTD., ET AL.

CIVIL ACTION

VERSUS

16-293-SDD-EWD

DONALD J. ROUSE, JR., ET AL.

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 22, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** the Plaintiffs' *Motion to Remand*[3] is DENIED.

**IT IS FURTHER ORDERED** that Plaintiffs' *Motion for Oral Argument*[4] is DENIED as moot and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 22 day of November, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 25.
[3] Rec. Doc. 7.
[4] Rec. Doc. 8.